# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00630-CV

**Scott Colin Wright, Appellant**

**v.**

**Rosa Maria Delgado, Individually and as Next Friend of M.D. and D.D., Minor Children, all with an Interest in the Estate of Jose Alfredo Delgado, Deceased; Belinda Rojas Reyna, Individually, as Heir to the Estate of Marco Aurelio Rodriguez Delgado, and as Next Friend of Jose Marco Rodriguez Rojas and Humberto Emiliano Rodriguez Rojas, along with Rogelio Manuel Rodriguez Galindo and Alma Delia Delgado de Rodriguez; and Jose Antonio Tovar, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT NO. 204,713-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant and appellees have filed a joint motion to dismiss this appeal. The joint motion states that the parties have reached a settlement agreement and that the trial court has signed a final judgment approving the settlement. Accordingly, we grant the joint motion and dismiss the appeal.[1]  *See* Tex. R. App. P. 42.1(a).

---

[1]  Prior to the filing of the joint motion to dismiss, appellee Jose Antonio Tovar filed a motion to dismiss himself from the proceedings. We dismiss that motion as moot.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Joint Motion

Filed:   July 11, 2008